**EXPEDITE**

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Michigan

JAMAR FREEMAN
_____
*Petitioner*

v.

WARDEN RARDIN et. al.
_____
*Respondent*
(name of warden or authorized person having custody of petitioner)

)
)
)
)
)
)
)
)
)
)
)

Case: 2:24-cv-12896
Assigned To : White, Robert J.
Referral Judge: Grand, David R.
Assign. Date : 11/1/2024
Description: HC JAMAR FREEMAN
V. WARDEN RARDIN ET AL (CMS)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Jamar Freeman
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of institution: FCI Milan
   (b) Address: P.O. Box 1000
      Milan, Michigan 48160
   (c) Your identification number: 16736-027

3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain: _____

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: Northern District of Indiana U.S. District Court
      (b) Docket number of criminal case: 2113(A),(D),(E) Attempted Bank Robbery
      (c) Date of sentencing: 3/27/2019
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

    ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

    ☐ Pretrial detention

    ☐ Immigration detention

    ☐ Detainer

    ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

    ☐ Disciplinary proceedings

    ☒ Other (explain): I was incarcerated on this case 11-30-2016. I arrived at FCI Elkton 3-27-2019. I have been incarcerated 94 of a 130 month sentence. I arrived at FCI Milan on or about May 5, 2024

6. Provide more information about the decision or action you are challenging:

    (a) Name and location of the agency or court: BOP/Milan FCI - Milan, Michigan

    (b) Docket number, case number, or opinion number: _____

    (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Denial of prerelease custody transfer and denial of ETC/Proper release date calculation.

    (d) Date of the decision or action: On or about 4-2-2024

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

    Did you appeal the decision, file a grievance, or seek an administrative remedy?
    ☒ Yes    ☐ No

    (a) If "Yes," provide:

    (1) Name of the authority, agency, or court: BOP / FCI Milan

    (2) Date of filing: 4-17-2024

    (3) Docket number, case number, or opinion number: BP-8 (No case no. assigned

    (4) Result: Incorrect assessment of offense code FSA eligibility

    (5) Date of result: 4-17-2024

    (6) Issues raised: 2113 Specifically has 4 elements. One of the elements disqualify FSA eligibility and that is the result of death ONLY as per the law FSA §3624(D)(xxxiii) "Resulting in Death"

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal:

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☒ Yes     ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: BOP / Milan FCI - Warden

   (2) Date of filing: 4-22-2024
   (3) Docket number, case number, or opinion number: BP-9 Case No. 1197277-F1
   (4) Result: Offense Code was updated on 4-1-2024 - No relief
   (5) Date of result: 5/1/2024
   (6) Issues raised: Restoration of FSA Credits/Recalculation. Warden states kidnapping enhancement makes petitioner ineligible.

   Petitioner's argument was and still is that he is eligible for FSA as 2113e ONLY stipulates the result in Death is the element of inelibility. That element clearly doesnt exist in my case.

   (b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☒ Yes     ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: BOP - North Central Region

   (2) Date of filing: 5-22-2024
   (3) Docket number, case number, or opinion number: 1197277-R1
   (4) Result: DENIED - No review or explanation
   (5) Date of result: 6-28-2024
   (6) Issues raised: FSA Calculation & Eligibility - BOP Interpretation is incorrect.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____

(b) If you answered "No," explain why you did not file a third appeal: _____

_____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes        ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes        ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes        ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes   ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes   ☐ No

If "Yes," provide:

(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

_____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes   ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (5) Date of result: _____

    (6) Issues raised: _____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes      ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Petitioner believes he is in custody in violation of federal law.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
A proper calculation of Petitioner's prerelease custody date has never been done properly in accordance to the law.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes ☐ No

**GROUND TWO:** An improper calculation and assessment of eiligibility has resulted in a violation of federal law. §3624(D) is written in plain language and states in xxxiii - 'Resulting in Death' is the only disqualifying FSA eligibility offense.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The Director of the BOP - Bureau of Prisons SHALL transfer eligible inmates into prerelease custody or supervised release.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes ☐ No

**GROUND THREE:** The BOP employees are obligated to follow the provisions of the First Step Act including the application of credits for additional halfway house/home confinement time.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Because the statute is clear that the transfer to prerelease custody is mandatory and any contrary interpretation by the BOP would not be entitled to any deference.

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** The BOP employees are not complying with the laws of the Second Chance Act specifically §3624(c)(1) and (2);(10) and (11), and 18 U.S.C. 4042(a)(2)

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: The administration stated that Petitioner could only raise one issue at a time. The issues at the Regional level were not addressed so Petitioner did not wish to start the remedy process all over to address the Second Chance act because we never completed the correct FSA calculations that should be credited in conjunction with FSA.

**Request for Relief**

15. State exactly what you want the court to do: Petitioner respectfully requests to be transferred to prerelease custody. I would like the Court to expedite this matter because time is of the essence and Petitioner would have been in prerelease custody by now if the calculations would have been correct and the BOP and employees would have followed federal law.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 10/18/2024

_Signature of Petitioner_

n/a Pro Se

_Signature of Attorney or other authorized person, if any_



Jamar Freeman
F.C.I. Milan
P.O. Box 1000
Milan, Michigan 48160

Office of the Clerk
United States District Court
231 W. Lafayette Boulevard 5th Floor
Detroit, Michigan 48226