UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMAR FREEMAN,

    Petitioner,

v.

ERIC RARDIN,

    Respondent.

Case No. 24-cv-12896

Honorable Robert J. White

## JUDGMENT

The above-entitled matter having come before the Court on a petition for a writ of habeas corpus and in accordance with the memorandum opinion and order entered on December 16, 2024:

(1) The Petition for Writ of Habeas Corpus is DENIED WITHOUT PREJUDICE.

(2) A Certificate of Appealability is DENIED.

(3) Petitioner is DENIED leave to appeal *in forma pauperis*.

Dated at Detroit, Michigan, this 16th day of December, 2024.

                                              KINIKIA D. ESSIX
                                              CLERK OF COURT


                                        By:_s/Tara Villereal_____
                                                Deputy Clerk

December 16, 2024


Approved:_s/Robert J. White_____
           Robert J. White
           United States District Judge